

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00139-CV

JODY LONG                                                APPELLANT

V.

AERONAUTICAL INDUSTRIAL                                  APPELLEES
DISTRICT LODGE 776; PAUL
BLACK, IN HIS OFFICIAL
CAPACITY AS PRESIDENT-
DIRECTING BUSINESS
REPRESENTATIVE OF DISTRICT
LODGE 776; AND EARNEST
BOONE, IN HIS OFFICIAL
CAPACITY AS SECRETARY-
TREASURER OF DISTRICT
LODGE 776

------------

FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 342-295833-17

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

---

[1]See Tex. R. App. P. 47.4.

We have considered "Appellant's Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  PITTMAN, J.; SUDDERTH, C.J.; and WALKER, J.

DELIVERED:  July 12, 2018